# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMEL JOWAN WILSON, | CASE NO. 1:04-CV-6434 OWW LJO P |
| Plaintiff, | ORDER DIRECTING THE CLERK'S OFFICE TO RETURN PLAINTIFF'S LODGED COMPLAINT TO HIM |
| v. | |
| WASCO STATE PRISON, | |
| Defendant. | |

On March 4, 2005, plaintiff submitted an amended complaint. This action was dismissed for failure to obey a court order on March 4, 2005. Accordingly, the Clerk's Office is directed to return plaintiff's lodged amended complaint to him.

IT IS SO ORDERED.

**Dated:   May 18, 2005**           /s/ Lawrence J. O'Neill
b9ed48                                    UNITED STATES MAGISTRATE JUDGE

1